IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO.: 5:08CR21-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| **WILLIAM DONALD DIXON,** | ) | |
|       **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* letter Motion For Return of Property, filed September 17, 2009. (Document #104) In his motion, Defendant alleges that various items of personal property were seized, presumably in connection with his arrest, and during a visit (or admission) at "C.M.C. Hospital" on September 26, 2009. (Def.'s Motion at 2.) As a result, Defendant now requests that his personal items be returned. Defendant specifically asks that once the items are located that his father be notified and provided instructions explaining how to retrieve the property on his behalf. (Def.'s Motion at 2.)

**IT IS, THEREFORE, ORDERED** that the Government is directed to respond to the Defendant's Motion For Return of Property **on or before Friday, December 4, 2009**.

Signed: November 5, 2009

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge