**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CRIMINAL NO.: 5:08CR21-RLV**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| WILLIAM DONALD DIXON | ) | |
| Defendant. | ) | |

**WHEREAS**, on April 25, 2008, the Grand Jury for the Western District of North Carolina returned a Bill of Indictment against the Defendant William Donald Dixon and others;

**WHEREAS**, on October 23, 2008, the Defendant William Donald Dixon pleaded guilty to Counts One, Two, and Four in the Bill of Indictment;

**WHEREAS**, on May 14, 2009, Judgment was entered against the Defendant William Donald Dixon, and on October 3, 2012, the Judgment was amended;

**WHEREAS**, the Defendant William Donald Dixon has recently been released from the custody of the Federal Bureau of Prisons;

**WHEREAS**, the Defendant William Donald Dixon has made a Claim against the United States for the return of personal property seized in the investigation of this case;

**WHEREAS**, the United States avers that the claimed personal property was destroyed by investigative agencies in 2011 and 2012;

**WHEREAS**, on July 27, 2015, the parties jointly filed an Agreement on the Docket settling the Defendant's property claim;

1

**WHEREAS**, as evidenced by the Agreement, the United States has agreed to pay the Defendant William Donald Dixon $928.00 for the value of the personal property claimed by him;

**NOW, THEREFORE**, the Court **ORDERS** the United States to pay the amount of $928.00 to Defendant William Donald Dixon. The parties shall bear their own costs and expenses, if any, including attorney's fees, if any. The Clerk of Court is directed to mail a copy of this Order to:

William Donald Dixon
2896 Tennis Club Drive
Number 300
West Palm Beach, Florida 33417

Signed: July 27, 2015

Richard L. Voorhees
United States District Judge